■ JEAN CARLO ROMERO, Appellant, v BRONX-LEBANON HOSPITAL CENTER, Respondent. [995 NYS2d 500]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Stanley Green, J.), entered on or about September 26, 2013, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated October 8, 2014, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Acosta, Saxe, Richter and Clark, JJ.